SO ORDERED.

Dated: January 27, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

**TIFFANY & BOSCO** P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-29676/0078918133

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Seth Adam Crowder<br>    Debtor.<br><br>Wells Fargo Bank, N.A.<br>    Movant,<br>  vs.<br><br>Seth Adam Crowder, Debtor, Maureen Gaughan, Trustee.<br><br>    Respondents. | No. 2:09-bk-24598-RTB<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

…

…

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 16, 2007 and recorded in the office of the Norfolk City County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Seth Adam Crowder has an interest in, further described as:

THAT CERTIN condominium unit known as "UNIT NO. 110" in THE ROTUNDA CONDOMINIUM, located in the City of Norfolk, Virginia and as further designated and described in that certain declaration entitled" DECLARATION OF CONDOMINIUM OF THE ROTUNDA CONDOMINIUM", recorded 09/27/07. in the Clerk's Office of the Circuit Court of the City of Norfolk, Virginia, as Instrument Number 070036340. (hereinafter referred to as the "Declaration") together with its applicable undivided interest in certain common elements, all as more particularly described and allocated in the Declaration, as amended from time to time.

PROPERTY KNOWN AS: 415 SI. Paul's Blvd, Unit 110, Norfolk, VA

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT